# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129004

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HURON VALLEY NIGHT HAWKS,
      Plaintiff-Appellant,

v

SC: 129004
COA: 251643
Washtenaw CC: 01-000210-CE

TOWNSHIP OF MANCHESTER,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121